IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH LAMAR SPRATT, )
)
Petitioner, )
)
v. ) Civil Action No. 3:15CV607–HEH
)
ERIC D. WILSON, )
)
Respondent. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a federal prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court informed Petitioner that he must keep the Court informed of his current address. On January 11, 2016, the United States Postal Service returned a December 22, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED" because Petitioner apparently has relocated. Since that date Petitioner has not provided the Court with a current address. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Jan. 26, 2016
Richmond, Virginia